**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FINEBERG, FRANK ACUNA, and THE FRANK ANTHONY ACUNA AND LEONARD SCOTT FINEBERG LIVING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC., nka ROCKET MORTGAGE, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-08488-MCS-KS<br><br>**JUDGMENT** |

1

Pursuant to this Court's Order Granting Defendant's Motion to Dismiss,

IT IS ADJUDGED that judgment is entered in favor of Defendant Quicken Loans Inc., now known as Rocket Mortgage, LLC, and against Plaintiffs Scott Fineberg, Frank Acuna, and The Frank Anthony Acuna and Leonard Scott Fineberg Living Trust on all claims in Plaintiffs' complaint. The action is dismissed with prejudice. Plaintiffs shall take nothing from this action, and Defendant is entitled to its costs of suit.

**IT IS SO ORDERED.**

Dated: February 17, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE